## Commonwealth *v.* Johnson, Appellant.

Argued June 11, 1963. Before RHODES, P. J., WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ. (ERVIN, J., absent).

*Herbert C. Nelson,* for appellant.

*William C. Cahall, III,* Assistant District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, September 12, 1963:

The judgment of sentence of the court below is affirmed on the opinion of Judge ROBERT W. HONEYMAN reported in 30 Pa. D. & C. 2d 780.